UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

Chapter 11

Isaac C Sutton                                                Case No. 1-26-42788-jmm
*aka* Isaac M. Sutton
*aka* Isaac C.M. Sutton,

Debtor.
-------------------------------------------------------------x

### ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

Isaac C Sutton *aka* Isaac C.M. Sutton *aka* Isaac C.M. Sutton having filed a petition for

reorganization under Chapter 11 of the Bankruptcy Code, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be

held before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern

District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on

**July 29, 2026** at **10:00 a.m.**; and it is further

**ORDERED**, that the Case Management Conference may be held in person, by phone, or by

videoconference. Regardless of whether you intend to appear in person, by phone, or by

videoconference, those intending to appear at the conferences must register with eCourt

Appearances no later than two (2) days prior to each conference. The phone number or video link

for the hearing will be emailed only to those that register with eCourt Appearances in advance of the

hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.

uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with

eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for

instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for

the Debtor, shall be present at the Case Management Conference and shall be prepared to address

the following matters:

-      the nature of the Debtor's business and the reason for commencing this case;

- the Debtor's compliance with 11 U.S.C. §§ 1116(2), (3), (4), (5), (6) and (7);

- the Debtor's financial condition, including post-petition operations and revenue, debtor-in-possession financing, and the use of cash collateral;

- the status of the Debtor's applications to retain professionals;

- the status of the Debtor's application for an order to fix the last date for creditors to file proofs of claim;

- projected date for filing a plan of reorganization and disclosure statement;

- if this is a single asset real estate case, the Debtor's proposal for satisfying 11 U.S.C. §362(d)(3);

- significant motions and adversary proceedings anticipated by the Debtor; and

- the scheduling of additional Case Management Conferences;

and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees forcases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, to the extent applicable, the Debtor shall file with the Court, and serve on the Office of the United States Trustee, quarterly reports concerning entities the Debtor controls pursuant to Bankruptcy Rule 2015.3; and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports or related entity reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.

Dated: June 28, 2026
      Brooklyn, New York



Jil Mazer-Marino
Chief United States Bankruptcy Judge