KIRBY AISNER & CURLEY LLP
*Proposed Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Julie Cvek Curley, Esq.
jcurley@kacllp.com

*Presentment Date: August 7, 2026*
*Presentment Time: 12:00 p.m.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

ISAAC C. SUTTON,

                   Debtor.
-----------------------------------------------------------X

Chapter 11
Case No. 26-42788-jmm

## NOTICE OF PRESENTMENT OF APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION OF KIRBY AISNER & CURLEY LLP AS ATTORNEYS FOR THE DEBTOR

**PLEASE TAKE NOTICE,** that upon the application (the "Application")[1] of Isaac C. Sutton, the above-captioned debtor and debtor-in-possession ("Debtor"), for entry of an order authorizing the Debtor's retention of Kirby Aisner & Curley, LLP as his attorneys pursuant to 11 U.S.C. §327(a), the proposed Order annexed as Exhibit E to the Application will be presented by the undersigned for approval and signature to the Honorable Jil Mazer-Marino, Chief United States Bankruptcy Judge, Eastern District of New York (Brooklyn Division), on the **7th day of August, 2026**.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Application must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nyeb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Kirby Aisner & Curley, LLP, Proposed Attorneys for the

---

[1] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Application.

Debtor, 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Julie Cvek Curley, Esq., so as to be received before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: Scarsdale New York
July 20, 2026

KIRBY AISNER & CURLEY LLP
*Proposed Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500

By: */s/ Julie Cvek Curley*
Julie Cvek Curley, Esq.